IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cygan, Michelle

Printed: 10/16/07

Case Number: 04 B 42295
Judge: Squires, John H

Filed: 11/15/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 28, 2007
Confirmed: January 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 31,225.01 |  |
| Secured: |  | 15,285.44 |
| Unsecured: |  | 6,939.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,273.02 |
| Other Funds: |  | 5,026.86 |
| Totals: | 31,225.01 | 31,225.01 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Mitsubishi Motors Credit Of America | Secured | 15,181.10 | 15,181.10 |
| 5. | ECast Settlement Corp | Secured | 104.34 | 104.34 |
| 6. | Pier 1 Imports Inc | Unsecured | 491.36 | 491.36 |
| 7. | Wells Fargo Financial | Unsecured | 225.03 | 225.03 |
| 8. | ECast Settlement Corp | Unsecured | 237.62 | 237.62 |
| 9. | Mitsubishi Motors Credit Of America | Unsecured | 448.34 | 448.34 |
| 10. | Resurgent Capital Services | Unsecured | 1,475.76 | 1,475.76 |
| 11. | ECast Settlement Corp | Unsecured | 288.61 | 292.12 |
| 12. | Discover Financial Services | Unsecured | 621.70 | 621.70 |
| 13. | ECast Settlement Corp | Unsecured | 96.67 | 96.67 |
| 14. | Citibank USA | Unsecured | 487.85 | 487.85 |
| 15. | ECast Settlement Corp | Unsecured | 1,266.15 | 1,266.15 |
| 16. | Resurgent Capital Services | Unsecured | 1,297.09 | 1,297.09 |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Bally's Health Club | Unsecured |  | No Claim Filed |
| 19. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 20. | Exxon | Unsecured |  | No Claim Filed |
| 21. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 22. | CB USA | Unsecured |  | No Claim Filed |
| 23. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 24. | Spiegel | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cygan, Michelle

Printed: 10/16/07

Case Number: 04 B 42295
Judge: Squires, John H
Filed: 11/15/04

|  | _____ | _____ |
|---|---:|---:|
|  | $ 24,921.62 | $ 24,925.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 105.79 |
| 4% | 153.61 |
| 3% | 113.92 |
| 5.5% | 533.81 |
| 5% | 165.71 |
| 4.8% | 88.87 |
| 5.4% | 111.31 |
|  | _____ |
|  | $ 1,273.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____